Prepared by State Reporter from Appeal Papers

the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant; the second, by the husband of the plaintiff in the first, to recover for loss of services and expense arising from her injuries which were received as the result of the collision of the automobile in which she was riding with one owned by defendant-respondent's wife. The Appellate Division held that there was a total failure of proof to establish the liability of defendant-respondent for the conduct of the driver of his wife's car.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*John J. Fitzgerald, William J. Mahon* and *James S. Regan,* for respondent.

Judgment, in each case, affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MATTIE W. MILLER, as Administratrix of the Estate of GEORGE C. MILLER, Deceased, Appellant, *v.* SCHENECTADY RAILWAY COMPANY, Respondent.

*Negligence — railroads — motor vehicles — automobile crossing tracks, struck by trolley car — complaint dismissed in action to recover for death of driver.*

*Miller* v. *Schenectady Ry. Co.,* 218 App. Div. 797, affirmed.

(Argued December 2, 1927; decided December 16, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 6, 1926, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate while driving his automobile across

defendant's tracks near stop 15 on the Albany-Schenectady road was struck by one of defendant's cars and killed. The trial court dismissed the complaint on the ground that the evidence showed negligence on the part of intestate.

*Walter A. Fullerton* for appellant.

*Daniel Naylon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

EDWIN SMITH, Respondent, *v.* NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant. (Two Cases.)

(Submitted December 12, 1927, decided December 16, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 349.)